UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL MEDIA NETWORK; WILLIAM SCALES,<br><br>        Plaintiffs,<br><br>  -against-<br><br>APPLE MUSIC,<br><br>        Defendant. | 25cv6154 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 18, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 19, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge